[No. 2157-1.  Division One.  July 8, 1974.]

WILLIAM G. GORDON, *Appellant*, v. COMMISSIONER OF THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 750697, Peter K. Steere, J., entered January 29, 1973. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson, C.J., and Horowitz, J.

[No. 919-3.  Division Three.  July 11, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHNNIE ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 2980, Albert Yencopal, J., entered July 20, 1973. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.

[No. 837-3.  Division Three.  July 12, 1974.]

HAROLD R. WILLIAMS, *Respondent*, v. MYRTLE A. WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 31992, Carl L. Loy, J., entered March 23, 1973. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.

[No. 881-3.  Division Three.  July 12, 1974.]

EMPIRE SEED COMPANY, *Appellant*, v. HAROLD WINCKLER *et al.*, *Respondents*.

Appeal from a judgment of the Superior Court for Grant County, No. 21387, B. J. McLean, J., entered May 18, 1973. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.